LINK:

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | **CV 14-02496-BRO (Ex)** | Date | November 30, 2015 |
|---|---|---|---|
| Title | **ELOHIM EPF USA, INC., ET AL. V. TOTAL MUSIC CONNECTION, INC., ET AL.** | | |

Present: The Honorable **BEVERLY REID O'CONNELL, United States District Judge**

| Renee A. Fisher | Not Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

Not Present  Not Present

**Proceedings:** (IN CHAMBERS)

## ORDER TO SHOW CAUSE RE: FAILURE TO OPPOSE PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND MINIMUM STATUTORY DAMAGES

Pending before the Court is Plaintiffs Elohim EPF USA, Inc. and Ratt Music's (collectively, "Plaintiffs") Motion for Attorneys' Fees and Minimum Statutory Damages against Defendants Pharos & Shrine, Inc., DDK Investment, Inc., Feel Karaoke, Inc., KDK Investment, Inc., Wilshire Entertainment Group, Inc., B&J Entertainment, Inc., and C&C International, Inc. (collectively, "Defendants"). (Dkt. No. 244.) Plaintiffs filed their Motion on November 9, 2015, noticing a hearing date of December 7, 2015. (*Id.*) Under the Central District's Local Rules, a party must oppose a motion at least twenty-one (21) days prior to the scheduled hearing date. *See* C.D. Cal. L.R. 7-9. Accordingly, Defendants' Oppositions were due no later than November 16, 2015. Defendants B&J Entertainment, Inc., Pharos & Shrine, Inc., and Feel Karaoke, Inc. timely opposed the motion. (*See* Dkt. Nos. 261, 268.) However, Defendants DDK Investment, Inc.,[1] KDK Investment, Inc., Wilshire Entertainment Group, Inc., and C&C International, Inc. did not file an opposition. Pursuant to Local Rule 7-12, the failure to file an opposition "may be deemed consent to the granting . . . of the motion." *See* C.D. Cal. L.R. 7-12.

---

[1] In Defendants Pharos & Shrine, Inc. and Feel Karaoke, Inc.'s Opposition, DDK Investment, Inc. is included in the list of defendants under the caption "Attorneys for Defendants." (*See* Dkt. No. 268 at 1.) However, in the body of the Motion wherein Defendants name the participating parties, DDK Investment, Inc. is not included. (*See id.*) Thus, it is unclear whether Defendant DDK Investment, Inc. joins in that Opposition.

LINK:

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | CV 14-02496-BRO (Ex) | Date | November 30, 2015 |
|---|---|---|---|
| Title | ELOHIM EPF USA, INC., ET AL. V. TOTAL MUSIC CONNECTION, INC., ET AL. | | |

    Accordingly, Defendants DDK Investment, Inc., KDK Investment, Inc., Wilshire Entertainment Group, Inc., and C&C International, Inc. are **ORDERED TO SHOW CAUSE** as to why the Court should not grant Plaintiffs' Motion as it relates to them. **These defendants' responses to this Order shall be filed by no later than Wednesday, December 2, 2015, at 4:00 p.m.**  Appropriate responses will include reasons demonstrating good cause for each defendant's failure to timely oppose Plaintiffs' Motion.

    **IT IS SO ORDERED.**                                                                 :

                                                             Initials of Preparer                rf