1 [counsel listed on following page]

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**
2049 CENTURY PARK EAST, SUITE 3550
LOS ANGELES, CA 90067

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELOHIM EPF USA, INC., a California corporation; and RATT MUSIC, a California general partnership,<br><br>Plaintiffs,<br><br>v.<br><br>TOTAL MUSIC CONNECTION, INC., a California corporation, et al.,<br><br>Defendants | Case No.  2:14-cv-2496 BRO (Ex)<br><br>Honorable Judge Beverly Reid O'Connell<br><br>**STATUS REPORT REGARDING DEFAULT JUDGMENT AS TO DEFENDANTS WILSHIRE ENTERTAINMENT AND DAE OK KIM** |

018320\0001\14537877.1

| | |
|---|---|
| 1 | KATHRYN LEE BOYD, ESQ. (SBN 189496) |
| | lboyd@bhfs.com |
| 2 | SHERLI SHAMTOUB, ESQ. (SBN 270022) |
| | sshamtoub@bhfs.com |
| 3 | BROWNSTEIN HYATT FARBER SCHRECK, LLP |
| | 2049 Century Park East, Suite 3550 |
| 4 | Los Angeles, CA 90067 |
| | Telephone: 310.500.4600 |
| 5 | Facsimile: 310.500.4602 |
| 6 | EVAN S. COHEN, ESQ. (SBN 119601) |
| | esc@manifesto.com |
| 7 | 1180 South Beverly Drive, Suite 510 |
| | Los Angeles, CA 90035-1157 |
| 8 | Phone: (310) 556-9800 |
| 9 | KENNETH K. YOO, ESQ. (SBN 204367) |
| | WOODS & YOO, PC |
| 10 | kenethyoo@woodsyoo.com |
| | 1055 Wilshire Boulevard, #1945 |
| 11 | Los Angeles, CA 90017 |
| | Phone: (213) 250-1500 |
| 12 | |
| 13 | Attorneys for Plaintiffs |
| | ELOHIM EPF USA, INC. and RATT MUSIC |

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**
2049 CENTURY PARK EAST, SUITE 3550
LOS ANGELES, CA 90067

018320\0001\14537877.1

STATUS REPORT RE DEFAULT JUDGMENT
AS TO WILSHIRE AND DAE OK KIM
CASE NO: 2:14-cv-2496 BRO (Ex)

On January 26, 2016, the the Clerk of the Court entered default against Defendants Wilshire Entertainment and Dae Ok Kim, and in favor of Plaintiffs ELOHIM EPF USA, INC. and RATT MUSIC sought in the above captioned matter (Master Calendar Case No. 14-cv-2496 BRO (Ex)). (Dkt. No. 347.)

Plaintiffs have elected not to move for default judgment, and hereby notify the Court thereof and respectfully request that this matter be closed in its entirety (*see* Concurrently filed Stipulated Dismissal).

Dated: March 11, 2016                             Respectfully submitted,

By: s/Kathryn Lee Boyd
Evan S. Cohen, Esq.
Kathryn Lee Boyd, Esq.
Sherli Shamtoub, Esq.
Brownstein Hyatt Farber Schreck, LLP

Attorneys for Plaintiffs
Elohim EPF USA, Inc. and Ratt Music