JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELOHIM EPF USA, INC., a California corporation; and RATT MUSIC, a California general partnership,<br><br>Plaintiffs,<br><br>v.<br><br>TOTAL MUSIC CONNECTION, INC., a California corporation, et al.,<br><br>Defendants. | Case No.  2:14-cv-2496 BRO (Ex)<br><br>Honorable Judge Beverly Reid O'Connell<br><br>**ORDER GRANTING STIPULATION FOR DISMISSALS WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

Based on the stipulation of the parties and for good cause shown:

IT IS HEREBY ORDERED that the above-entitled action against defendants FEEL KARAOKE, INC., SUN AH KIM, B&J ENTERTAINMENT, INC., DONSIK BENJAMIN PARK, DDK INVESTMENT, INC. and JEFF SOO LEE, initially filed as Case Nos. 14-cv-05447 BRO (Ex), 14-cv-05459 BRO (Ex), 14-cv-2505 BRO (Ex) and thereafter consolidated with Master Calendar Case No. 14-cv-2496 BRO (Ex) to be dismissed with prejudice.

IT IS HEREBY FURTHER ORDERED that Case No. 14-cv-2496 BRO (Ex) is dismissed in its entirety since no other defendants remain in this action.

IT IS SO ORDERED.

DATED:  March 11, 2016

_____
HON. BEVERLY REID O'CONNELL
United States District Judge